**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| LEONARD STEWART and<br>JENNIFER STEWART, | )<br>) | |
| | ) | Case No. 8:09-cv-03372-RWT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| MICHAEL S. NEALL &<br>ASSOCIATES, P.C., | )<br>) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiffs, LEONARD STEWART and JENNIFER STEWART, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
MLuxenburg@AttorneysForConsumers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
MLuxenburg@AttorneysForConsumers.com