IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| LEONARD STEWART and JENNIFER STEWART, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 8:09-cv-03372-RWT<br>)<br>) |
| vs. | )<br>) |
| | ) **NOTICE OF DISMISSAL** |
| MICHAEL S. NEALL & ASSOCIATES, P.C., | )<br>)<br>) |
| Defendant. | )<br>) |

Now comes the Plaintiffs, LEONARD STEWART and JENNIFER STEWART, by and through their attorneys, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/ Mitchel E. Luxenburg
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
MLuxenburg@AttorneysForConsumers.com

"APPROVED" THIS 5th DAY
of April, 2010

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE